UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

**MAR 2 5 2026**

**U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | **4:26-CR-00132 RWS/RHH** |
| | ) |
| RENE CATALINO TOME CRUZ, | ) |
| a/k/a "Jerson Fabricio Cruz-Cruz" | ) |
| | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about March 9, 2026, in the Eastern District of Missouri, the defendant,

**RENE CATALINO TOME CRUZ
a/k/a "Jerson Fabricio Cruz-Cruz",**

an alien, was found in the United States after having been removed therefrom to Honduras, subsequent to a conviction of an aggravated felony, without having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

A TRUE BILL

_____

FOREPERSON

THOMAS C. ALBUS
United States Attorney

_____

KYLE T. BATEMAN, #996646DC
Assistant United States Attorney